**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ARCHDIOCESE OF SANTA FE, and
MARTIN NCHEDO UMEATUEGBU,

        Plaintiffs,

    v.                                     No. 1:26-cv-01666-KG-LF

MARKWAYNE MULLIN, *et al.*,

        Defendants.

### ORDER PARTIALLY GRANTING MOTION FOR PRELIMINARY INJUNCTION

THIS MATTER has come before the Court upon Plaintiffs' request for Preliminary Injunctive Relief.   *See* Doc. 2.   The Court, having read all pending motions and being fully advised, finds the motion well taken and will partially grant relief based upon the agreement between parties. *See* Doc. 13 at 2.

IT IS THEREFORE ORDERED that this Court's previously granted relief, by way of Temporary Restraining Order (Doc. 11), is hereby converted to a Preliminary Injunction.   Plaintiff Umeatuegbu's F-1 status and OPT employment authorization shall remain valid until the conclusion of litigation on Plaintiffs' Complaint (Doc. 1) before this Court. Defendants will provide Plaintiffs documentation confirming compliance with this Order within 14 days of entry of this Order.   The Court will enter a subsequent order at the conclusion of this litigation confirming the total period Plaintiff Umeatuegbu's F-1 status and OPT employment authorization had been extended by this Court.

                           s/Kenneth J. Gonzales
                           CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document.   Electronically filed documents can be found on the Court's PACER public access system.