# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ARCHDIOCESE OF SANTA FE, and
MARTIN NCHEDO UMEATUEGBU,

       Plaintiffs,

    v.

MARKWAYNE MULLIN, Secretary, U.S.
Department of Homeland Security; JOSEPH
B. EDLOW, Director, U.S. Citizenship and
Immigration Services; U.S. DEPARTMENT
OF HOMELAND SECURITY; and U.S.
CITIZENSHIP AND IMMIGRATION
SERVICES,

       Defendants.

No. 1:26-cv-01666-KG-LF

## ORDER GRANTING UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO RESPOND TO COMPLAINT

THIS MATTER comes before the Court on Defendants' Unopposed Motion for Extension of Time to Respond to the Complaint for Relief Under the Religious Freedom and Restoration Act, for Declaratory Judgment, and Injunctive Relief ("Motion"), Doc. 15.   The Court, having reviewed the record and noting Plaintiffs do not oppose the Motion, finds the Motion well-taken and grants the Motion.

IT IS THEREFORE ORDERED that Defendants shall respond to the Complaint, Doc. 1, on or before August 26, 2026.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document.   Electronically filed documents can be found on the Court's PACER public access system.

APPROVED/SUBMITTED BY:

*/s/ Ryan M. Posey*
RYAN M. POSEY
Assistant United States Attorney
*Attorney for Defendants*


APPROVED:

*Olsi Vrapi approval*
OLSI VRAPI
JULIA JOHANNA JAGOW
Vrapi Weeks PA
*Attorneys for Plaintiffs*

2