**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ARCHDIOCESE OF SANTA FE, and
MARTIN NCHEDO UMEATUEGBU,

Plaintiffs,

v. No. 1:26-cv-01666-KG-LF

MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; JOSEPH B. EDLOW, Director, U.S. Citizenship and Immigration Services; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

Defendants.

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

THIS MATTER comes before the Court on Defendants' Unopposed Motion for Extension of Time to Respond to the Complaint ("Motion"), Doc. 17. The Court, having reviewed the record and noting Plaintiffs do not oppose the Motion, finds the Motion well-taken and grants the Motion.

IT IS THEREFORE ORDERED that Defendants shall respond to the Complaint, Doc. 1, on or before September 28, 2026.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

APPROVED/SUBMITTED BY:

*/s/ Ryan M. Posey*
RYAN M. POSEY
Assistant United States Attorney
*Attorney for Defendants*

APPROVED:

/s/ approval by email 8/26/26
OLSI VRAPI
JULIA JOHANNA JAGOW
Vrapi Weeks PA
*Attorneys for Plaintiffs*