**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ARCHDIOCESE OF SANTA FE, and
MARTIN NCHEDO UMEATUEGBU,

Plaintiffs,

v. No. 1:26-cv-01666-KG-LF

MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; JOSEPH B. EDLOW, Director, U.S. Citizenship and Immigration Services; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

Defendants.

**ORDER DISMISSING SUIT**

THIS MATTER has come before the Court upon Plaintiffs' motion to dismiss. In this suit, Plaintiffs filed a Motion for Temporary Restraining Order and/or Preliminary Injunction and Request for Emergency Hearing. *See* Doc. 2. The Court granted a Temprary Restraining Order (TRO). *See* Doc. 11. The Court converted the TRO to Preliminary Injunctive relief. *See* Doc. 14. The Court is issuing the instant order to clarify Plaintiff Umeatuegbu's period of actual F-1 status and corresponding work authorization.

IT IS THEREFORE ORDERED that this action be dismissed.

IT IS FURTHER ORDERED that the record reflect that Plaintiff Umeatuegbu remained in valid F-1 status from June 5, 2026 until June 25, 2026 at which point his status was changed by Defendant USCIS to R-1 (religious worker). The record will further reflect that Plaintiff Umeatuegbu had proper work authorization under Optional Practical Training for the same period of June 5, 2026 until June 25, 2026.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

SUBMITTED AND APPROVED BY:

/s/ Olsi Vrapi
Olsi Vrapi
*Attorney for Plaintiffs*

*/s/ Ryan M Posey*
RYAN M. POSEY
Assistant United States Attorney
*Attorney for Federal Respondents*